## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| EDDIE MEALER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 07-J-0198-S |
| TRANS UNION LLC, et al., | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

The parties having filed a joint stipulation for dismissal (doc. 27), and the court having considered the same and the court being of the opinion that this case should be dismissed;

It is therefore **ORDERED** by the court that this action be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DONE** and **ORDERED** this 8th day of November 2007.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE